IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **WELLS FARGO BANK NA,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-4716-O |
| **ALEXANDER DURAN and LATASHA DURAN,** | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 9). Defendants filed objections (ECF No. 10). The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Defendants' objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court. Accordingly, Plaintiff Wells Fargo's Motion to Remand (ECF No. 6) should be and is hereby **GRANTED** and this case is **REMANDED** to County Court of Law No. 1, Tarrant County, Texas.

**SO ORDERED** on this **11th day** of **April**, **2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE